UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80140-Middlebrooks/Matthewman

18 U.S.C. § 111(a)(1) and (b)

UNITED STATES OF AMERICA

vs.

FREDY AURELIANO MORALES-RAMIREZ,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Forcibly Assaulting a Federal Officer
### (18 U.S.C. § 111(a)(1) and (b))

On or about August 13, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**FREDY AURELIANO MORALES-RAMIREZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deportation Officer 1, an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, United States Immigration and Customs Enforcement, while Deportation Officer 1 was engaged in and on account of the performance of their official duties, and in commission of the offense, did make physical contact with Deportation Officer 1, in violation of Title 18, United States Code, Section 111(a)(1).

Pursuant to Title 18, United States Code, Section 111(b), it is further alleged that this violation did inflict bodily injury upon Deportation Officer 1.

## COUNT 2
### Forcibly Assaulting a Federal Officer
### (18 U.S.C. § 111(a)(1) and (b))

On or about August 13, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**FREDY AURELIANO MORALES-RAMIREZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deportation Officer 2, an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, United States Immigration and Customs Enforcement, while Deportation Officer 2 was engaged in and on account of the performance of their official duties, and in commission of the offense, did make physical contact with Deportation Officer 2, in violation of Title 18, United States Code, Section 111(a)(1).

Pursuant to Title 18, United States Code, Section 111(b), it is further alleged that this violation did inflict bodily injury upon Deportation Officer 2.

A TRUE BILL

FOREPERSON

*Adam C. McMichael* for
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-80140-Middlebrooks/Matthewman

v.

FREDY AURELIANO MORALES-RAMIREZ

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [ ] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [x] WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take  3  days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)          (Check only one)
   I   [x] 0 to 5 days        [ ] Petty
   II  [ ] 6 to 10 days       [ ] Minor
   III [ ] 11 to 20 days      [ ] Misdemeanor
   IV  [ ] 21 to 60 days      [x] Felony
   V   [ ] 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Bruce E. Reinhart   Magistrate Case No. 25-MJ-8435-BER
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of August 18, 2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Brian D. Ralston
Assistant United States Attorney
SDFL Court ID No. A5502727

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Fredy Aureliano Morales-Ramirez

**Case No:** 25-CR-80140-Middlebrooks/Matthewman

Counts #: 1, 2

Forcibly assaulting a Federal Officer and inflicting bodily injury.

18 U.S.C. § 111(a)(1) and (b)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.